IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

       vs.        :

DAVID FILI, JR.        :        CRIMINAL NO. 15-198-1

                       :

                       :

## ENTRY OF APPEARANCE

To the Clerk:

    Please enter my appearance on behalf of the defendant in the above-entitled case.

_Mark P. Much, Esq_
Counsel for defendant

_341 WEST BALTIMORE AVE_
Address

_MEDIA PA 19063_

_610-565-9750_
Phone No.

markpmuch@verizon.net

Date: _JUNE 17, 2015_

Cr 17 (8/80)