

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL NO. 15-198-1

v.                              :

DAVID FILI, JR.                 :

## ORDER

Having considered Defendant's Unopposed Motion for Continuance Of Sentencing Hearing:

**IT IS HEREBY ORDERED** the  1st  day of  October  2018, that the sentencing hearing of David Fili, Jr. is continued until  November 26 ,  2018  at  11:00  a.m.

*Joel Slomsky*
HONORABLE JOEL H. SLOMSKY
United States District Court Judge